UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LONNIE ALLEN | CIVIL ACTION |
| VERSUS | NO. 15-6452 |
| N. BURL CAIN, WARDEN | SECTION: "F"(3) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Lonnie Allen is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of June, 2017.

_____
**UNITED STATES DISTRICT JUDGE**